Howard F. Bishop, Appellee, v. George J. Nikolas, Sr. et al.
Appeal of George J. Nikolas, Sr., Appellant.

Gen. No. 42,620.

HEBEL, P. J., not participating.

opinion filed November 17, 1943; rehearing denied December 27, 1943. Johnson & Wiles, for appellant; Walter E. Wiles and William B. Basile, of counsel; Robert G. Sippel, of counsel, on petition for rehearing; Floyd Lanham, for appellee. Opinion by JUSTICE BURKE. Not to be published in full.

G. S. Freudenthal, Appellee, v. C. E. L. Lipman, Appellant.

Gen. No. 42,630.

HEBEL, P. J., not participating.

opinion filed November 17, 1943. A. B. Manion, for appellant; G. S. Freudenthal, Jr., for appellee. Opinion by JUSTICE BURKE. Not to be published in full.